```
                    IN THE
           UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA

                     * * *
```

**UNITED STATES OF AMERICA**         )
                                     )
        **Plaintiff;**      )
                                     )
        v.                   ) CR NO 05-0257 (RBW)
                                     )
                                     )
**DENNIS JAWARD,**                   )
                                     )
        **Defendant.**       )

---

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

                Respectfully submitted,

                A.J. KRAMER
                FEDERAL PUBLIC DEFENDER


                        /S/
                By:_____
                LARA G. QUINT
                Assistant Federal Public Defender
                625 Indiana Avenue, N.W., Suite 550
                Washington, D.C.  20004
                (202) 208-7500

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing instrument was served this 14TH day of July 2005 upon BARRY WIEGAND, Office of the United States Attorney for the District of Columbia, 555 Fourth Street., N.W., Washington, D.C. 20538.

                        /S/
                By:_____
                LARA G. QUINT