UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-0257 (RBW)** |
| | : | |
| v. | : | |
| | : | |
| **DENNIS JAWARD,** | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Tonya Sulia, at telephone number (202) 305-2195 and/or email address Tonya.Sulia@usdoj.gov. Ms. Sulia will replace Assistant United States Attorney Amy Jeffress as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
Tonya Sulia
Assistant United States Attorney
Narcotics Section
555 4th Street, NW, Room 4243
Washington, DC 20530
(202) 305-2195