IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. No. 05-257 (RBW) |
| ) | |
| DENNIS JAWARD, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING SCHEDULED FOR JANUARY 18, 2006 AT 9:00 A.M.

Defendant, Dennis Jaward, through undersigned counsel, respectfully asks this Honorable Court to continue the sentencing currently scheduled for 9:00 a.m. on Wednesday January 18, 2006. In support of his motion, Mr. Jaward states as follows:

Undersigned counsel has been involved in back-to-back trials this year and has, therefore, been unable to complete a memorandum in aid of sentencing in this case. Counsel has received numerous letters from Mr. Jaward's friends and relatives and believes that a memorandum in aid of sentencing would be helpful both to the Court and Mr. Jaward. Counsel requests additional time in which to complete and file such a memorandum. As Mr. Jaward's mother will be traveling the week of January 23, 2006, counsel requests a sentencing date after January 27, 2006. Counsel has spoken with counsel for the government and the latter has no opposition to this motion.

WHEREFORE, Mr. Jaward respectfully requests that the Court grant his motion.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


__/s/_____
LARA G. QUINT
Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington, DC 20001
(202) 208-7500