**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 05-257 (RBW)** |
| | ) | |
| **DENNIS JAWARD,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

<u>ORDER</u>

Upon consideration of defendant's Unopposed Motion to Continue Sentencing, it is by

the Court hereby

ORDERED that the motion is GRANTED, that the sentencing scheduled for January 18,

2006 is VACATED, and that the sentencing is continued until _____.

SO ORDERED.


_____            _____
Date                                      THE HONORABLE REGGIE B. WALTON
                                              UNITED STATES DISTRICT JUDGE


Copies to:
Denise Clark, AUSA
Lara Quint, AFPD