UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
v. ) Criminal Action No. 05-257 (RBW)
)
DENNIS JAWARD, )
)
        Defendant. )
)

## ORDER

Before the Court is the defendant's Unopposed Motion to Continue Sentencing Scheduled for January 18, 2006, at 9:00 A.M. Accordingly, it is hereby

**ORDERED** that the motion is GRANTED, that the sentencing hearing scheduled for January 18, 2006, is VACATED, and that the sentencing is continued until February 2, 2006, at 9:00 a.m.

**SO ORDERED** this 17th day of January, 2006.

*[signature]*
REGGIE B. WALTON
United States District Judge