# EXHIBIT A

To: The Honorable Judge Walton

I would like to start this letter off with a seasons greeting to you and your family. I hope your holiday was a blessed one. I can understand your ruling back in October as far as why you would think that I am a danger to society, but the truth is I'm only guilty of making poor decisions. My record will clearly indicate that I pose no threat to any arresting officers or anyone in my community for that much. As far as my violent history, the 1996 incident was nothing more than 2 high school rivals (Myself and a Daryl Sweet) engaging in a fight built up from tension we had in school. It took place in the busy vicinity of Greenbelt Mall and during the scuffle I managed to pick up 93 dollars of Mr. Sweets and was charged with a robbery. I explain the history to you to hopefully make you understand that nothing was premeditated. However I am not the young individual I was 10 years ago that clearly made the poor decision to allow that situation to take place in a Mall. As far as the 03 incident that was nothing more than a desperate attempt from an jealous, extreme, ex-girlfriend to send me to prison. In that case my lawyer (Mr. Paul Eason) and I presented the States Attorney with the messages she left on my answering machine where she openly admits to fabricating her story to the police in attempt an attempt to get back at me for ending our relationship. My lawyer can confirm or even fax you documents if necessary for this case as well as the 96 case, for he also represented me in that case. Paul Eason 301-220-0700. Again I do not attempt to make myself seem free of any fault. I have made a lot of poor choices in life that I am not pleased with. Life takes unexpected turns sometimes and proper preperation is what keeps the course steady. I honestly thought my life was in order after the Frederick incident. I got married March 20, 2004 My wife wife, my daughter, her 2 daughters and her son have been getting by by the Grace of God, trying to get out of southeast. We keep to ourselves on the 1600 block of U street, other than the parents of some of the children who play with our children. I just like to let them know who I am because I sponsor a lot of youth activities that requires parental permission. Last March I came home from work to a dark house to find someone standing in my kitchen. I thought it was my wife taking out the trash but then I noticed a ballcap on the silhouette's frame. I stopped and dropped my work belt then the suspect took flight. I immediately went upstairs and woke my wife out her sleep and told her to call the police. I remember the argument we had when the police left. I felt she shouldn't have told the police about the numerous people who always loiter around the street.

I constantly worry about her and the kids in that house while I'm at work. She was upset because it seemingly appeared that I was more concered for conflict with the natives than the fact that someone just broke in the house while our kids as well as herself were sleeping. As if things werent bad enough on April 15 my fathers mother passed. While I'm in mourning on April 18th my mother calls and tells me Ella Riley (her mother) just passed. Now Ella Riley was an 82 year old bundle of southern principles. She was blind, she was going deaf, but she was still sharp as a tack. She could remember any event that took place at any time in the history you had with her. She made your problems go away because no matter what you were going through you would be fascinated by this solid little women who spent her last hours in darkness and silence and still found away to laugh and reminisce or just inquire how you are doing in your life. I can honestly say I was not ready for God to come and take her away. I know now through talking with a good friend and counsler at the Salvation Army Harbor Lights Rehabilitation center (Mr. Archie) that I let the death of my Grandmothers affect me in the wrong manner. I shut my family out and dealt with my depression and insecurities with no regard for consequences. I only pray my wife can maintain while and not suffer too much from my actions. I promised her as well as my self that this will be the last situation to seperate me from my responsibilities as a father and husband. I write these things while reflecting on my past. I love my life though there are numerous things I would have done different. I wish to live a life of minumal mistakes and excercised discipline. During the months of March and April, drugs and alcohol along with paranoia and depression had influenced my behavioral pattern. I now long for sobriety to regain its course in my life. I know that once it does I will live with less regrets. Today I am aware of my blessings and shortcomings. I am ready to take responsibility for my actions and get this chapter of my life over with for I have much to live for. I put my life before the mercy of the court and humbly ask for any leniency that you see fit Honorable Judge Walton. I can reasure that once my debt is paid to society, the courts will never see the likes of Denis Jaward cross its threshholds again.

Sincerly

Denis Jaward

To:   The Honorable **Judge Walton**
Re:   Denis Jaward, (DCDC# 304685)


I am writing this letter of reference on behalf of my
friend, Denis Jaward.  My name is La'Tisha Faulkner and I work
at High Roads School of Prince George's County as a
Teacher/Transition Assistant.  I had the pleasure of beginning a
very long friendship with Mr. Jaward in 1996.  Knowing Mr.
Jaward has been an excellent experience for me.  I am very
pleased to share with you how much of a wonderful young man Mr.
Jaward is.

Mr. Jaward is not a troublemaker nor is he a bad person.
He works hard at everything he does.  He is a very soft spoken
pleasant individual who has a positive attitude about his life,
work, and his future goals. Mr. Jaward is organized, efficient,
extremely competent, and has an excellent rapport with people of
all ages. His communication skills, both written and verbal, are
excellent.

Honorable **Judge Walton,**   I realize that many young men
find themselves back in the judicial system due to not being
able to move forward.  I feel confident that Mr. Jaward, with
the right guidance, will move forward and continue his life in a
positive and productive manner.

To: **The Honorable Judge Walton**
Re: Denis I. Jaward

I am Brenda Jaward, Mother of Denis Jaward. I appreciate the opportunity to write this letter on behalf of my Son. As Denis' Mother, I'm skeptical that you may be inclined to view my input as being slightly (or greatly) biased. But I assure you, all of his life I've been Denis' "biggest fan", as well as his "toughest critic". I offer the following, not as excuses for his mistakes, but rather to provide something of a glimpse into the character of this young man.

I was terribly shocked and dismayed at the recent events that resulted in his current situation. Just before this turn of events, Denis had "turned a corner" in his life. He'd recently completed a forklift operating training class, begun working with as tow truck driver and had committed himself to a more active role in the rearing of his 5-year old daughter. He had also made plans to enroll in computer course(s) at P.G. Community College during the past fall. I have continuously encouraged him in the direction of gaining additional education/training. *(I began a college savings fund for Denis when he was a young child.)* I would be remiss not to point out that much of the recent change in Denis' life was influenced by the loss of both his maternal (Alabama) and paternal (Africa) Grandmothers within weeks of each other this past April.

Denis is my only child and I've raised him pretty much alone *(based on Southern Methodist values and morals)* since he was eight, following the divorce from his father. Contrary to my Son's current circumstances, he is a very bright, caring and considerate person. He has always been a very respectful, well mannered young person, particularly of his elders. I'm always especially proud to witness his kindness and generosity toward those less fortunate than himself. Our neighbors all speak highly of Denis as a very thoughtful and respectful young man.

I am certain now that the impact of divorce was unusually severe for Denis, as it is for many children. In fact, he confided in me in later years that he felt a tremendous absence of his father growing up in our suburban Maryland neighborhood where the majority of the households (especially with boys) were two-parent homes, where the fathers were very present. He also shared that this self esteem was almost nonexistent during those years. Denis has never blamed me, his father or anyone else but I truly believe this marked the beginning of his overall disillusionment. In fact, he makes a special effort to thank me often for being a good Mother (though I continuously question myself).

Interestingly, Denis is well on his way to becoming a well read young man, as well as a good writer. As an avid reader myself, I've encouraged him through the years to read everything – but particularly books/works about "himself " *(i.e., the*

*Black Male)* and his own culture/heritage.  As a result, Denis and I have engaged in many a philosophical (and often opinionated) discussion about books.  This would include many of the classics (i.e., The Invisible Man, Malcom X, etc.)  I'm constantly astounded at the depth of his insight and intellect.  Oddly enough, I've learned a great deal from this young man, though I've considered myself to be his mentor.

I consistently remind Denis of his obligation to honor his culture, heritage and legacy; although I know he's a very proud man.  As a young child, Denis spent many summers in Montgomery, Alabama (my home) and received firsthand familiarization with much of the history surrounding the Civil Rights movement.  His summers were spent at my family home on Rosa Parks Avenue and as teens and young adults, many of his uncles, aunts and cousins actively participated in the events of the movement *(e.g., marches and protests in Montgomery)*.

My constant refrain to Denis has been that his life is a true paradox in that his poor choices at times contradict his intelligence and true potential.  My one hope and constant prayer for him, as I've said to him repeatedly, is that he will have the opportunity to share his true gifts and talents with the world as a free man.  As is the case with many of our young Black males today, he is a "work in progress" that is improving everyday.

You Honor, I respectfully ask that you consider extending leniency in the sentencing of my Son.  To quote the late actress, Audrey Hepburn, "Never throw anyone away".  This young man deserves not to be thrown away, despite the mistakes he has made.  I ask your kind indulgence in this matter because I know that, if given the opportunity, Denis will prove to be a positive, productive asset to our society, for which the ultimate responsibility rests solely in his hands.

Again, I thank you for this opportunity.

Sincerely,

Brenda R. Jaward

Jan. 5, 2006

Brenda R. Jaward

To: The Honorable **Judge Walton**
Re: Dennis Jaward, (DCDC# 304685)

I am writing this letter of reference on behalf of my friend, Dennis Jaward. My name is Tiffany Dargin and I work at the U.S. Office of Personnel Management (OPM) in the Office of the General Counsel, Washington, D.C. I have known Mr. Jaward for almost eight (8) years. Knowing Mr. Jaward has been a great experience for me. I got the chance to meet a bright, wonderful young man who has helped so many along the way.

One of the great things about Mr. Jaward is that he's great with kids, along with being a great father. Mr. Jaward has taken care of my children as well as my sister's children. He is a great babysitter and is there when you need him the most. Every chance that he gets he accompanies the students from neighborhood schools on field trips and tends to all of their needs.

Mr. Jaward is also helpful when it comes to fixing things around the house and cars. He is quite the "handyman," that's why my mother always has him on her list first. He is like family to us and I'm very proud to say we're lucky to have Mr. Jaward in our lives.

I am aware that Mr. Jaward has had problems with law enforcement in the past, however, speaking with him on several occasions lately he's expressed the severity of seeking employment. By the grace of God he got a job cutting grass, loading up trucks, and helping out at schools when needed for the children. That helped him to stay out of harms way. Honorable **Judge Walton**, I realized that many young men find themselves back in the judicial system due to not being able to move forward once they're given another chance in life. In speaking with a co-worker of mine who's a first lady at a church in the area, she expressed that their way back into society is with the right guidance and that can make a tremendous difference in people's lives.

Mr. Jaward is a person that works hard at everything he does. He tried his hardest to find a job and it led to something positive in his life even when it wasn't enough to survive for himself as well as his daughter. Never once did he give up because he has a positive attitude about life. Mr. Jaward is not a trouble maker whatsoever nor does he fit in the category of criminals. He is not a bad person. On the contrary, he is a wonderful, trustworthy person and best friend anyone could ask for.

Attached is a card from the church. Please find it in your heart to call and speak with the Apostle to get more information about the program. I believe rehabilitating Mr. Jaward would be more beneficial then having him behind bars like a caged animal when he is not a criminal.

**Freedom In The Spirit Ministry**
**FITSM**
**Apostle Prophet Garey T. Gordon**
**Pastor Patricia Gordon**
721 Hayes Street N.E, Washington, DC 20019
→ 202-491-7705 ←
Pastor Gordon (202) 399-5558

apostlegareygordon@yahoo.com