*HONORABLE REGGIE B. WALTON, UNITED STATES D...

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0257</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| Jaward, Dennis | : | Disclosure Date: <u>December 14, 2005</u> |

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( ✓ )   There are no material/factual inaccuracies therein.

(   )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____         _12/23/05_____
Prosecuting Attorney                                         Date

### For the Defendant

(CHECK APPROPRIATE BOX)

(   )   There are no material/factual inaccuracies therein.

(   )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____    _____  _____
Defendant                Date              Defense Counsel             Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **December 28, 2005**, to U.S. Probation Officer **LaVerne Ebron**, telephone number **(202) 565-1376**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer